United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **That Good Good LLC** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA SuperDeluxe** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3892741** | |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**5009 SE Powell Blvd**<br>**Portland, OR 97206**<br>Number, Street, City, State & ZIP Code<br><br>**Multnomah**<br>County | **Mailing address, if different from principal place of business**<br><br>**PO Box 14688**<br>**Portland, OR 97293**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**See attached Exhibit A**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **https://www.eatsuperdeluxe.com/** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **That Good Good LLC**        Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __7225__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

| Debtor | **That Good Good LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Boxer Ramen LLC** | Relationship | **Affilate** |
| District | **Oregon** | When **2/09/24** | Case number, if known | **24-30324** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **See attached Exhibit A**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
■ Yes.   Insurance agency   **Brian K. Woodbury Agency**
        Contact name   **Karie Oswalt**
        Phone   **503-635-3030**

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ■ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **That Good Good LLC**
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | That Good Good LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/08/2024**
MM / DD / YYYY

**X /s/ Micah Camden**
Signature of authorized representative of debtor

**Micah Camden**
Printed name

Title **Manager**

**18. Signature of attorney**

**X /s/ Thomas W. Stilley**
Signature of attorney for debtor

Date **2/08/2024**
MM / DD / YYYY

**Thomas W. Stilley**
Printed name

**Sussman Shank LLP**
Firm name

**1000 SW Broadway**
**Suite 1400**
**Portland, OR 97205**
Number, Street, City, State & ZIP Code

Contact phone **503-227-1111**   Email address **tstilley@sussmanshank.com**

**883167 OR**
Bar number and State

**Exhibit A to That Good Good LLC Voluntary Petition:**

**4. and 12. Location of principal place of assets**

870 NW 13th Ave, Portland, OR  97209

15920 SW Tualatin-Sherwood Rd, Sherwood, OR  97140

805 NE 3rd St, Bend, OR  97701

340 First St, Lake Oswego, OR  97034

5009 SE Powell Blvd, Portland, OR  97206

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **That Good Good LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF OREGON |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **2/08/2024**         X **/s/ Micah Camden**
                                     Signature of individual signing on behalf of debtor

                                     **Micah Camden**
                                     Printed name

                                     **Manager**
                                     Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

Fill in this information to identify the case:

Debtor name: **That Good Good LLC**
United States Bankruptcy Court for the: **DISTRICT OF OREGON**
Case number (if known): _____

☐ Check if this is an amended filing

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| US Small Business Admin. PO Box 39180 Portland, OR 97208-3818 | Therese Meers answerdesk@sba.gov 503-326-2882 | Substantially all property | Unliquidated | $1,420,967.46 | $0.00 | $1,420,967.46 |
| WebBank 215 South State Street Suite 1000 Salt Lake City, UT 84111 | Parris Sanz parris.sanz@webbank.com 844-994-2265 | Loan | Unliquidated Disputed | $362,041.94 | $5,883.00 | $356,158.94 |
| US Foods 350 S Pacific Hwy Woodburn, OR 97071 | Martha Ha martha.ha@usfoods.com 408-766-5600 | Vendor | | | | $126,000.00 |
| Fab King, LLC PO Box 6774 Portland, OR 97225 | Stephanie Sahagian stephanie@houseofspearsmgmt.com 302-658-7581 | Loan | | $125,000.00 | $0.00 | $125,000.00 |
| Corfini Gourmet 11040 SW Myslony St #100 Tualatin, OR 97062 | John M. Debenedetti theresal@corfinigourmet.com 503-928-4771 | Vendor | | | | $92,000.00 |
| Urban Renaissance Group PO Box 4800, Unit 98 Portland, OR 97208 | Tom Kilbane tom@urbanrengroup.com 206-381-3344 | Commercial Lease | | | | $54,570.06 |
| Rhino Holdings Sherwood, LLC PO Box 2519 Portland, OR 97208 | Sanjiv Chopra deals@rhinoig.com 702-202-6573 | Commerical Lease | | | | $13,986.84 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | That Good Good LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wizer Properties** **1125 NW Coach St. #450** **Portland, OR 97209** | **Kimberly Wizer** **503-459-7505** | **Commercial Lease** | | | | **$10,433.83** |
| **Portland General Electric** **121 SW Salmon St** **Portland, OR 97204** | **Carol Walker** **customer.service@pgn.com** **503-464-8000** | **Utilities** | | | | **$4,406.27** |
| **NW Natural Gas** **250 SW Taylor St.** **Portland, OR 97204** | **Maardilyn Saathoff** **smf@nwnatural.com** **800-422-4012** | **Utilities** | | | | **$2,996.61** |
| **Waste Management of Oregon Inc** **800 Capital St Ste 300** **Houston, TX 77002** | **Charles Boettcher** **wmcares@wm.com** **855-267-1046** | **Utilities** | | | | **$2,727.26** |
| **Pride Disposal Company** **PO Box 820** **Sherwood, OR 97140** | **Mike Leichner** **503-625-6177** | **Utilities** | | | | **$1,188.68** |
| **Pacific Power** **1033 NE 6th Avenue** **Portland, OR 97256** | **Stefan Bird** **accountnotices@pacificpower.net** **888-221-7070** | **Utilities** | | | | **$1,141.69** |
| **Portland Disposal & Recycling, Inc.** **7202 NE 42nd Avenue** **Portland, OR 97218** | **Gianncarlo Cargni** **ap@portlanddisposal.com** **503-281-8736** | **Utilities** | | | | **$1,057.00** |
| **Happy Cup Coffee Company** **2850 NE Sandy Blvd** **Portland, OR 97232** | **Scott Rector** **coffee@happycup.com** **503-484-0842** | **Vendor** | | | | **$1,000.00** |
| **Comcast Business** **1701 John F Kennedy Blvd** **Philadelphia, PA 19103-2838** | **Francis M. Buano** **francis_buono@comcast.net** **866-429-0152** | **Utilities** | | | | **$948.30** |
| **Portland Water Bureau** **664 N. Tillamook St.** **Portland, OR 97227** | **Gabe Solmer** **PWBCustomerService@portlandoregon.gov** **503-823-7770** | **Utilities** | | | | **$904.91** |

| Debtor | That Good Good LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Cascade Disposal<br>1300 SE Wilson Avenue<br>Bend, OR 97702** | **Patrick Shea<br><br>cust2012@wcnx.org<br>541-382-6660** | **Utilities** | | | | **$630.30** |
| **Cascade Natural Gas Corp.<br>8113 W Grandridge Blvd<br>Attn Chris Ryan<br>Kennewick, WA 99336** | **Attn Chris Ryan<br><br>chris.ryan@cngc.com<br>888-522-1130** | **Utilities** | | | | **$607.44** |
| **City of Sherwood Water<br>15527 SW Willamette St.<br>Sherwood, OR 97140** | **Craid Sheldon<br><br>utilitybilling@sherwoodoregon.gov<br>503-925-2310** | **Utilities** | | | | **$481.26** |

# United States Bankruptcy Court
## District of Oregon

In re **That Good Good LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Aaron Draplin**<br>2946 NE 67th Avenue<br>Portland, OR 97213 | Common Shares | | 2% |
| **David Nakamoto**<br>1534 SE 10th Ave<br>Portland, OR 97214 | Common Shares | | 3% |
| **Generals SD, LLC**<br>27777 Franklin Road, Ste 2500<br>Southfield, MI 48034 | Common Shares | | 6% |
| **Matthew Lynch**<br>5147 SE 86th Ave<br>Portland, OR 97266 | Common Shares | | 23.75% |
| **Micah Camden**<br>2255 S Military Rd<br>Portland, OR 97219 | Common Shares | | 51.25% |
| **Sofrey Super Deluxe LLC**<br>5009 SE Powell Blvd<br>Portland, OR 97206 | Common Shares | | 14% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **2/08/2024**

Signature **/s/ Micah Camden**  
**Micah Camden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Oregon

In re **That Good Good LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **2/08/2024**

**/s/ Micah Camden**
**Micah Camden**/**Manager**
Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re **That Good Good LLC**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **That Good Good LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Sofrey Super Deluxe LLC**  
**5009 SE Powell Blvd**  
**Portland, OR 97206**

☐ None [*Check if applicable*]

**2/08/2024**  
Date

**/s/ Thomas W. Stilley**  
**Thomas W. Stilley**  
Signature of Attorney or Litigant  
Counsel for **That Good Good LLC**  
**Sussman Shank LLP**  
**1000 SW Broadway**  
**Suite 1400**  
**Portland, OR 97205**  
**503-227-1111**  
**tstilley@sussmanshank.com**

THAT GOOD GOOD LLC

ACTION TAKEN BY

MEMBERS WITHOUT A MEETING

The undersigned, being a majority of the members of the Limited Liability Company, do hereby waive notice to and holding of members meeting and do further hereby consent to the adoption of the following resolution:

RESOLVED that the Limited Liability Company is authorized to file a petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

FURTHER RESOLVED the Manager Micah Camden is authorized to sign all documents necessary to accomplish the filing of the Chapter 11 petition and further authorized to execute all documents required by the Bankruptcy Court during such proceedings, including those documents which might become necessary if the case is converted to Chapter 7.

FURTHER RESOLVED that the Limited Liability Company shall retain SUSSMAN SHANK LLP as its legal counsel for such bankruptcy proceedings and that the Manger Micah Camden is authorized to execute the Attorney/Client Fee Agreement.

FURTHER RESOLVED that Manager Micah Camden at his sole discretion shall determine the precise date of the filing of the Chapter 11 petition.

EFFECTIVE DATE: 02/08/2024

MEMBERS:

/s/ Micah Camden

Micah Camden, Manager